

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**NICOLLE L. JACOBY**

nicolle.jacoby@dechert.com
+1 212 698 3820 Direct
+1 212 698 0470 Fax

October 1, 2014

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Krys* v. *Sugrue*, No. 14-3446 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

I am incorrectly identified as counsel of record for defendants-appellees: (1) Thomas H. Lee Advisors, LLC; (2) THL Managers V. LLC; (3) THL Equity Advisors V. L.P.; (4) Thomas H. Lee Equity (Cayman) Fund V. L.P.; (5) Thomas H. Lee Investors Limited Partnership; (6) 1997 Thomas H. Lee Nominee Trust; (7) Thomas H. Lee; (8) David V. Harkins; (9) Scott L. Jaeckel; (10) Scott A. Schoen; (11) Christopher Sugrue; (12) Mark Ramler; (13) Santo Maggio; (14) JPMorgan Chase & Co.; (15) Credit Suisse Securities (USA) LLC, FKA Credit Suisse First Boston LLC; (16) Bank of America Securities LLC; (17) EMF Financial Products; (18) EMF Core Fund; (19) Delta Flyer Fund, LLC and (20) Eric M. Flanagan, on the Second Circuit's docket in the appeal referenced above. As my law firm and I will not be acting as counsel of record for any of these parties, I respectfully request that our names be removed from the docket.

I am informed that the following attorney will enter a notice of appearance as counsel of record for the THL defendants-appellees (Parties 1-10) above:

Walter Rieman
Paul, Weiss, Rifkind, Warton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
212-373-3260



Ms. Catherine O'Hagan Wolfe
October 1, 2014
Page 2

Thank you for your assistance with these arrangements.

Very truly yours,

/s/ Nicolle L. Jacoby

Nicolle L. Jacoby