# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and fourteen.

_____

Kenneth M. Krys, *et al.*,

    Plaintiffs-Appellants,                       **ORDER**

    v.                                   Docket Nos. 14-3446(L), 14-3480(Con)

JPMorgan Chase & Co.*, et al.*,

    Defendants-Appellees.

_____

    The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

    The stipulation is hereby so ordered.

                                                  For the Court:

                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court